UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mihretu Bulti Dasisa
1725 Lincoln Road, NE
Washington DC - 20002
    Plaintiff

Case NO: 1:05-cv-01395
Judge: Honerable (RMU)

HOWARD UNIVERSITY
2400 - 6th - ST - NW
Washington DC - 20059
    Defendent

## NOTICE OF APPEAL - TAKING TO APPELATE COURT OF D.C. CIRCUT COURT REQUEST

Notice is hereby Given that Plaintoff above named, Appeal to Honerable Federal Judge from final judgment of ORDER entred on - 07/19/2005 - signed by Judge Richard J. Leon - aa DOCKET TEXT - REPORT Received on Nov - 8, 2005 -

Plaintoff - was NOT Received MEMORANDUM AND ORDER signed for timelly Appeal Requirement

Plaintoff - Filed Federal Question Rule 1331 VIOLATED - As subject matter jurisdiction - under Aloriment of "School Segregation" - same to other case in this court on trial - precondition -

Defendent HOWARD UNIVERSITY VIOLATED Federal civil - statue: 1964 Civil Right Act As - Amended on 1972 - Title IX.

RECEIVED NOV - 9 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

But, this Civil Case Dismissed Regardless of Federal Rules 17,(a,b) section-1- And Rule 8(a) used — for Releife Respectly.

Plaintiff Appeal to Federal Judge (Honerable)

FOR: - 07/19/05 MEMORANDUM AND ORDER(ED) was NOT Received until today.

FOR: - Plaintiff's Complaint filed on 07/19/05 instantly, at the same Date Dismissed (as entred on 09/12/2005)

FOR: - plaintiff's Claim is "FEDERAL QUESTION Rule 1331" As 1964 Civil Right Act Amended on 1972, Title IX violated shown Subject Matter Jurisdiction --

AN ORDER Either to Review Complaint Filed NOVEMBER 8, 2005, FOR RECONSIDARATION OR Allow plaintiff's Federal Question(R-1331) Civil Right 1964 ACT-As Amended on 1972 Title IX violated TRANSMITTED TO DISTRICT OF Columbia Circute Appeal Court Review — persuant to 1977 R(3) Clerk's office Directives.

Respectfully
pro-se —
Mihretu Bulti Dasisa
1725 Lincoln Rd-NE
Washington DC-20002

Copy:
U.S. ATTORNEY OFFICE
Civil Right DIVISSION
Wash-DC-