# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT



**No. 05-7164**

**September Term, 2005**

05cv01395

**Filed On:**

Mihretu Bulti Dasisa,
       Appellant

   v.

Howard University,
       Appellee

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    MAR - 2 2006

CLERK

**BEFORE:**    Ginsburg, Chief Judge, and Randolph and Tatel, Circuit Judges

## O R D E R

Upon consideration of the notice of appeal filed November 9, 2005; and the court's order to show cause filed December 7, 2005, and the response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, on the court's own motion, that the notice of appeal and response to this court's order be referred to the district court for consideration as a motion under Federal Rule of Appellate Procedure 4(a)(6). It is

**FURTHER ORDERED** that the appeal be held in abeyance pending the district court's disposition of the motion.

The Clerk is directed to transmit to the district court a copy of this order along with the original of appellant's notice of appeal and response to the order to show cause.

**Per Curiam**